**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SANDRA ANGLIN,**

        **Plaintiff,**

**-vs-**                                           Case No. 6:08-cv-689-Orl-22DAB

**MAXIM HEALTHCARE SERVICES, INC.,**

        **Defendant.**
_____

## ORDER

This cause is before the Court on Defendant's Motion for Summary Judgment (Doc. No. 32) filed on March 31, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 22, 2009 (Doc. No. 53) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion for Summary Judgment (Doc. No. 32) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 11, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge